**Ronald L. DAVISSON, Respondent,**

v.

**Garla CROLEY, Appellant.**

**No. WD 50657.**

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Judith A. Sharp, Liberty, for Respondent.

Bradley P. Grill, Kansas City, for Appellant.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

**ORDER**

PER CURIAM.

Seller of real estate appeals adverse judgment in declaratory judgment case for breach of contract, where the time for cancellation was left blank by the Seller.

Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Eric L. JILES, Appellant.**

**No. WD 50236.**

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Stephen R. Martin II, Amy Sneirson, Assistant Attorney General, Jefferson City, for Respondent.

W. Geary Jaco and D. Todd Arney, Kansas City, for Appellant.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

**ORDER**

PER CURIAM.

Defendant appeals a conviction of second degree trafficking and where he was sentenced as a prior drug offender. He asserts error in the admission of certified records of the prior conviction, and error in the state being allowed to make opening statement after its first witness was sworn. Affirmed. Rule 30.25(b).